IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR MIAMI
DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO. 12 - 45325 CA05

DANIEL ENGELHARDT,

FLORIDA BAR NO. 878499

    Plaintiff(s),

vs.

TARGET CORPORATION,

    Defendant(s).

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, DANIEL ENGELHARDT by and through his undersigned counsel and sues the Defendant, TARGET CORPORATION and alleges as follows:

1. That this is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2. That the Plaintiff, DANIEL ENGELHARDT at all times material and relevant hereto was a resident of Miami, Miami Dade County, Florida and is sui juris.

3. That the Defendant, TARGET CORPORATION is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about 2/27/10 the Plaintiff, DANIEL ENGELHARDT was lawfully on the premises of the Defendant, TARGET CORPORATION located at 15005 SW 88th Street, Miami, Florida, as a business invitee.

5. That on or about 2/27/10 the Defendant, TARGET CORPORATION by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about 2/27/10 the Defendant, TARGET CORPORATION by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit; by negligently and carelessly training employees to operate equipment so that an employee negligently and carelessly operated a fork lift

EXHIBIT "B"

and ran over the Plaintiff's foot causing the Plaintiff, DANIEL ENGELHARDT serious and permanent injuries.

7. That the Defendant, TARGET CORPORATION either knew or should have known of the existence of the dangerous condition of the fork lift and should have taken steps to warn the Plaintiff, DANIEL ENGELHARDT of the existence of the dangerous condition.

8. That the Defendant, TARGET CORPORATION had a duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition by negligently and carelessly training employees to operate equipment so that an employee negligently and carelessly operated a fork lift and ran over the Plaintiff's foot causing the Plaintiff, DANIEL ENGELHARDT serious and permanent injuries.

10. That the Defendant, TARGET CORPORATION was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, TARGET CORPORATION failed to warn the Plaintiff, DANIEL ENGELHARDT of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, DANIEL ENGELHARDT was known or reasonably foreseeable by the Defendant, TARGET CORPORATION and the Plaintiff, DANIEL ENGELHARDT neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, DANIEL ENGELHARDT was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, TARGET CORPORATION the Plaintiff, DANIEL ENGELHARDT was injured in and about his body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously

existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, TARGET CORPORATION the Plaintiff, DANIEL ENGELHARDT incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, TARGET CORPORATION and a trial by jury of all issues triable as a right by a jury.

DATED this 15th day of November, 2012.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Phone: (954) 462-2300
Email: Ruggiero@wcrlaw.com

BY: /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO

WCR:kw